# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. District Court, Western District of Wisconsin | 12/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

120 North Henry Street
Suite 540
Madison, WI 53703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Facktor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ishares Iboxx (LQD) | B | Dividend | K | T | Buy (add'l) | 01/17/14 | K | | |
| 2. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 3. | | | | | Sold (part) | 05/21/14 | J | A | |
| 4. | | | | | Sold (part) | 08/25/14 | J | A | |
| 5. Ishares MSCI Pac Ex-Japan ETF (EPP) | B | Dividend | K | T | Buy (add'l) | 01/10/14 | J | | |
| 6. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 7. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 8. | | | | | Sold (part) | 05/21/14 | J | A | |
| 9. | | | | | Sold (part) | 08/25/14 | J | A | |
| 10. | | | | | Sold (part) | 12/15/14 | J | A | |
| 11. Ishares Russell 1000 Growth Index (IWF) | B | Dividend | M | T | Buy (add'l) | 01/10/14 | J | | |
| 12. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 13. | | | | | Buy (add'l) | 08/25/14 | K | | |
| 14. | | | | | Sold (part) | 05/21/14 | J | C | |
| 15. | | | | | Sold (part) | 07/14/14 | J | A | |
| 16. | | | | | Sold (part) | 12/15/14 | J | A | |
| 17. Ishares Russell 1000 Value (IWD) | C | Dividend | L | T | Buy (add'l) | 01/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 19. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 20. | | | | | Sold (part) | 01/17/14 | J | A | |
| 21. | | | | | Sold (part) | 08/25/14 | J | B | |
| 22. | | | | | Sold (part) | 12/15/14 | J | C | |
| 23. Ishares Russell Midcap ETF (IWP) | A | Dividend | K | T | Buy (add'l) | 05/21/14 | J | | |
| 24. | | | | | Sold (part) | 01/10/14 | J | A | |
| 25. | | | | | Sold (part) | 01/17/14 | J | C | |
| 26. | | | | | Sold (part) | 07/14/14 | J | A | |
| 27. | | | | | Sold (part) | 08/25/14 | J | A | |
| 28. | | | | | Sold (part) | 12/15/14 | J | A | |
| 29. Ishares Russell Midcap (IWS) | A | Dividend | K | T | Buy (add'l) | 01/10/14 | J | | |
| 30. | | | | | Sold (part) | 01/17/14 | J | A | |
| 31. | | | | | Sold (part) | 05/21/14 | J | A | |
| 32. | | | | | Sold (part) | 08/25/14 | J | A | |
| 33. | | | | | Sold (part) | 12/15/14 | J | A | |
| 34. Ishares Russell 2000 Growth Fund (IWO) | A | Dividend | K | T | Buy (add'l) | 05/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 01/10/14 | J | A | |
| 36. | | | | | Sold (part) | 01/17/14 | J | A | |
| 37. | | | | | Sold (part) | 07/14/14 | J | A | |
| 38. | | | | | Sold (part) | 08/25/14 | J | A | |
| 39. | | | | | Sold (part) | 12/15/14 | J | A | |
| 40. Ishares Russell 2000 Value (IWN) | A | Dividend | K | T | Buy (add'l) | 05/21/14 | J | | |
| 41. | | | | | Sold (part) | 01/10/14 | J | A | |
| 42. | | | | | Sold (part) | 01/17/14 | J | A | |
| 43. | | | | | Sold (part) | 08/25/14 | J | A | |
| 44. | | | | | Sold (part) | 12/15/14 | J | A | |
| 45. Medtronic, Inc. (MDT) | A | Dividend | K | T | | | | | |
| 46. Vanguard Reit ETF (VNQ) | B | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 47. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 48. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 49. | | | | | Sold (part) | 05/21/14 | J | A | |
| 50. | | | | | Sold (part) | 08/25/14 | J | A | |
| 51. | | | | | Sold (part) | 12/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 53. Vanguard Municipal Fund | A | Dividend | K | T | | | | | |
| 54. Equitable Life Assurance Annuity** Underlying Assets: | C | Dividend | L | T | | | | | |
| 55. EQ/Equity/Quality Bond Plus | | None | J | T | | | | | |
| 56. EQ/Alliance Small Cap Growth | | None | J | T | | | | | |
| 57. AXA Large Cap Growth | | None | K | T | | | | | |
| 58. AXA/Fr. Bal Managed Vol | | None | J | T | | | | | |
| 59. AXA/Templeton Global Equity | | None | J | T | | | | | |
| 60. AXA 400 Mgd Volatility | | None | J | T | | | | | |
| 61. GE Capital | B | Interest | M | T | | | | | |
| 62. TIAA CREF -529 College Savings Plan-no control over invest decisions | | None | K | T | Buy (add'l) | 07/14/14 | J | | |
| 63. WisdomTree Trust Emerg. Mkt. Eqt (DEM) | B | Dividend | | | Buy (add'l) | 01/17/14 | L | | |
| 64. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 65. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 66. | | | | | Sold (part) | 05/21/14 | J | A | |
| 67. | | | | | Sold (part) | 08/25/14 | J | A | |
| 68. | | | | | Sold | 12/11/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares Core U.S. Agg. f/k/a Ishares Barclays Agg. Bd. Fd.(AGG) | A | Dividend | K | T | Buy (add'l) | 10/23/14 | J | | |
| 70. | | | | | Sold (part) | 12/15/14 | J | A | |
| 71. Ishares Barclays 1-3 Year Bond (SHY) | A | Dividend | K | T | Buy (add'l) | 01/17/14 | J | | |
| 72. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 73. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 74. | | | | | Sold (part) | 01/10/14 | J | A | |
| 75. | | | | | Sold (part) | 08/25/14 | K | A | |
| 76. Citibank, NA (CITINA) no longer owned; transfer to MS Liquid Asset Fd. | | | | | | | | | |
| 77. WisdomTree Trust Japan Hedge EQ (DXJ) | D | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 78. | D | Interest | J | T | Buy (add'l) | 05/21/14 | J | | |
| 79. | | | | | Sold (part) | 01/17/14 | J | A | |
| 80. | | | | | Sold (part) | 07/14/14 | J | A | |
| 81. | | | | | Sold (part) | 08/25/14 | J | B | |
| 82. | | | | | Sold (part) | 12/15/14 | J | A | |
| 83. MS Liquid Asset Fund (ILAF) | | None | J | T | | | | | |
| 84. Alerian MLP ETF (AMLP) | A | Dividend | K | T | Buy | 01/17/14 | J | | |
| 85. | | | | | Sold (part) | 05/21/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 01/10/14 | J | A | |
| 87.   ishares MSCI Emerg Mkt Min.Vol (EEMV) | C | Dividend | | | Buy (add'l) | 01/10/14 | J | | |
| 88. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 89. | | | | | Sold (part) | 01/17/14 | J | A | |
| 90. | | | | | Sold (part) | 05/21/14 | J | | |
| 91. | | | | | Sold (part) | 08/25/14 | J | B | |
| 92. | | | | | Sold (part) | 12/15/14 | J | | |
| 93. | | | | | Sold | 12/30/14 | L | | |
| 94.   Ishares MSCI Japan ETF (EWJ) | A | Dividend | K | T | Buy (add'l) | 05/21/14 | J | | |
| 95. | | | | | Sold (part) | 01/10/14 | J | A | |
| 96. | | | | | Sold (part) | 01/17/14 | J | A | |
| 97. | | | | | Sold (part) | 07/14/14 | J | A | |
| 98. | | | | | Sold (part) | 08/25/14 | J | A | |
| 99. | | | | | Sold (part) | 12/15/14 | J | A | |
| 100.   PIMCO Total Return ETF (BOND) | A | Dividend | | | Buy (add'l) | 07/14/14 | J | | |
| 101. | | | | | Sold (part) | 01/10/14 | J | | |
| 102. | | | | | Sold | 09/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR Barclays Capital Emerg. (EBND) | A | Dividend | | | Sold | 01/10/14 | J | | |
| 104. SPDR Gold Tr Gold Shs (GLD) | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 105. | | | | | Buy (add'l) | 01/17/14 | K | | |
| 106. | | | | | Sold (part) | 05/21/14 | K | B | |
| 107. | | | | | Sold (part) | 12/15/14 | J | A | |
| 108. Vanguard European MSCI ETF (VGK) | D | Dividend | L | T | Buy (add'l) | 01/10/14 | J | | |
| 109. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 110. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 111. | | | | | Sold (part) | 01/17/14 | J | B | |
| 112. | | | | | Sold (part) | 05/21/14 | J | A | |
| 113. | | | | | Sold (part) | 12/15/14 | J | A | |
| 114. WisdomTree Euro Sm Cap Div. ETF (DFE) | B | Dividend | K | T | Buy (add'l) | 07/14/14 | J | | |
| 115. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 116. | | | | | Sold (part) | 01/10/14 | J | A | |
| 117. | | | | | Sold (part) | 01/17/14 | J | B | |
| 118. | | | | | Sold (part) | 05/21/14 | J | A | |
| 119. | | | | | Sold (part) | 12/15/14 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WisdomTree Europe Hedged Equity (HEDJ) | C | Dividend | L | T | Buy (add'l) | 01/10/14 | J | | |
| 121. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 122. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 123. | | | | | Sold (part) | 01/17/14 | J | A | |
| 124. | | | | | Sold (part) | 05/21/14 | J | A | |
| 125. | | | | | Sold (part) | 08/25/14 | J | A | |
| 126. | | | | | Sold (part) | 12/15/14 | J | A | |
| 127. Wisdom Tree Trut Japan Hedge Eq. (DXJ) | B | Interest | M | T | Sold (part) | 01/17/14 | J | A | |
| 128. | | | | | Sold (part) | 05/21/14 | J | A | |
| 129. | | | | | Sold (part) | 07/14/14 | J | A | |
| 130. | | | | | Sold (part) | 08/25/14 | J | A | |
| 131. | | | | | Sold (part) | 12/15/14 | J | A | |
| 132. Goldman Sachs MLP Energy (GMLPX) | B | Dividend | | | Buy (add'l) | 05/21/14 | L | | |
| 133. | | | | | Buy | 08/04/14 | J | | |
| 134. | | | | | Buy | 11/04/14 | J | | |
| 135. | | | | | Sold (part) | 07/14/14 | J | A | |
| 136. | | | | | Sold (part) | 08/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/30/14 | J | | |
| 138. Virtus Insight Emerging Mkts (HIEMX) | A | Dividend | K | T | Buy | 12/11/14 | K | | |
| 139. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 140. PIMCO 0-5 Year H/Y Corp. Bond (HYS) | B | Dividend | | | Buy (add'l) | 01/10/14 | J | | |
| 141. | | | | | Buy (add'l) | 01/17/14 | K | | |
| 142. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 143. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 144. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 145. | | | | | Sold (part) | 05/21/14 | J | A | |
| 146. | | | | | Sold (part) | 12/15/14 | J | | |
| 147. | | | | | Sold | 12/30/14 | L | | |
| 148. | A | Interest | J | T | | | | | |
| 149. Ishares International Treasury Bond (IGOV) | A | Dividend | J | T | Sold (part) | 01/10/14 | J | | |
| 150. | | | | | Sold (part) | 05/21/14 | J | A | |
| 151. Morgan Stanley Bank NA (MSBNK) (repository for cash on hand | A | Interest | M | T | | | | | |
| 152. Vanguard Short Term Corporate (VCSH) | B | Dividend | L | T | Buy (add'l) | 05/21/14 | J | | |
| 153. | | | | | Buy (add'l) | 07/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 155. | | | | | Sold (part) | 01/10/14 | J | A | |
| 156. | | | | | Sold (part) | 01/17/14 | J | A | |
| 157. | | | | | Sold (part) | 12/15/14 | J | A | |
| 158. PIMCO Commodity Real Ret. Strat (PCRPX) | A | Dividend | | | Buy (add'l) | 01/10/14 | J | | |
| 159. | | | | | Buy (add'l) | 01/17/14 | K | | |
| 160. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 161. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 162. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 163. | | | | | Sold (part) | 05/21/14 | J | A | |
| 164. | | | | | Sold | 12/10/14 | K | A | |
| 165. Ishares Floating Rate Bd. (FLOT) | A | Dividend | K | T | Buy | 01/17/14 | K | | |
| 166. | | | | | Sold (part) | 08/25/14 | K | A | |
| 167. Nuveen Gresham Div. Comm. Str. 1 (NGVIX) | | None | K | T | Buy | 12/10/14 | K | | |
| 168. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*In 2013 report filed in 2014, this fund was shown as sold in full. This was an error; the notation should have been "sold part."

** I was not aware until this year that it was necessary to show the investments underlying the annuity. There were no sales or purchases of any of the assets this year. Note: I have tried without success to determine from the company the amount of dividends paid, so I have treated the amount of gain in the value of the total annuity as the dividend paid.

Line 127: Reported "Wisdom Tree Trust Japan Hedge Eq. (DXJ)" This entry is a duplicate of Line 77.

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 12/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544